# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22819-CIV-LENARD/WHITE

**JOSE A. JIMENEZ,**

    Plaintiff,

vs.

**CALHOUN CORRECTIONAL INSTITUTION et al.,**

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 4) AND TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

**THIS CAUSE** is before the Court on the Report of the Magistrate Judge Regarding Transfer to Correct Venue ("Report," D.E. 4), issued on October 20, 2008. In the Report, the Magistrate Judge recommends transfer of this action, brought pursuant to 42 U.S.C. § 1983, to the United States District Court for the Northern District of Florida. After an independent review of the Report and record, and finding that transfer is appropriate pursuant to 28 § U.S.C. 1406(a), it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 4) is **ADOPTED**.

2. This case is **TRANSFERRED** to the United States District Court for the Northern District of Florida.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 20th day of October, 2008.

                                             **JOAN A. LENARD**
                                             **UNITED STATES DISTRICT JUDGE**

cc:   U.S. Magistrate Judge Patrick A. White

      Jose A. Jimenez, pro se